# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KEY BELLEVILLES, INC., A PENNSYLVANIA CORPORATION

        v.

FRANK E. BALLINA, AN INDIVIDUAL; WILLIAM S. FIORINA, AN INDIVIDUAL; AND BELLEVILLE INTERNATIONAL, LLC., A PENNSYLVANIA LIMITED LIABILITY COMPANY

PETITION OF: FRANK E. BALLINA

: No. 180 WAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.